# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RICHARD MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3109

———————————————

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Richard Mitchell, pro se.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.